**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: March 18, 2026

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re:     Case No. 25-1443, *Ronnie Thomas v. Piggett, et al*
        Originating Case No. 1:25-cv-00020

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday

cc: Mr. Samuel Weiss

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 25-1443

_____

Filed: March 18, 2026

RONNIE DANTE THOMAS

      Plaintiff - Appellant

v.

OFFICER PIGGETT, OFFICER RAMIREZ, OFFICER SILVERNAIL, OFFICER JENSEN, in their official and personal capacities

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 02/24/2026 the mandate for this case hereby issues today.

 COSTS:  None